IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT SMITH, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 3:16-cv-0094<br>)<br>) Judge Nixon |
| ROBERTSON COUNTY, TN,<br>DETENTION CENTER, et al., | ) Magistrate Judge Holmes<br>)<br>) JURY TRIAL DEMANDED |
| Defendant. | ) |

## ORDER

Plaintiff Robert Smith filed the present Complaint pursuant to 42 U.S.C. § 1983 on January 1, 2016. (Doc. No. 1.) On June 28, 2016, Magistrate Judge Holmes issued a Report and Recommendation recommending that this action be dismissed without prejudice due to "Plaintiff's failure to return service packets as directed by the Court and his failure to take any steps to litigate his action." (Doc. No. 7 at 2.) The Report and Recommendation provided that either party could file an objection within fourteen days. (*Id.* at 22.) Neither party has filed an objection.

Upon review, the Court finds the Report and Recommendation to be well-founded and **ADOPTS** it in its entirety. Accordingly, Plaintiff's claims are **DISMISSED without prejudice**, and the Clerk of the Court is directed to **CLOSE** the case.

It is so ORDERED.

Entered this the 1st day of August, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT